IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY LAMAR MCCOY                                                                                          PLAINTIFF

v.                                             4:23-cv-00869-JM-JJV

LAFAYETTE WOODS, JR.
Sheriff, Brassell Detention Center, *et al.*                                                       DEFENDANTS

**ORDER**

**I.      DISCUSSION**

Terry Lamar McCoy ("Plaintiff") is a pretrial detainee who is proceeding *pro se* in this § 1983 action. On September 26, 2023, I denied Plaintiff permission to proceed *in forma pauperis* because he had accumulated three strikes as defined by 28 U.S.C. § 1915(g) and had not satisfied the imminent danger exception contained in that statutory provision. (Doc. 3.) I then gave Plaintiff thirty days to either: (1) pay the filing fee in full; or (2) file an Amended Complaint explaining how he is currently in imminent danger and a new Application to Proceed *In Forma Pauperis* ("IFP Application").

On October 2, 2023, Plaintiff filed a new IFP Application and a pleading that was docketed as an Amended Complaint. (Docs. 4, 5.) On October 4, 2023, I denied the new IFP Application because Plaintiff still had not satisfied the imminent danger exception, and I gave him twenty-one days to pay the filing fee in full. (Doc. 6.)

On October 16, 2023, Plaintiff filed a Motion to Correct explaining that he meant for the October 2, 2023 pleadings to be filed in a new habeas action along. (Doc. 7.) For good cause shown, I will grant the Motion to Correct and direct the Clerk to redocket those pleadings as requested by Plaintiff. And I remind Plaintiff that if he intends to proceed with this § 1983 action, he must pay the $402 filing fee in full on or before October 25, 2023. (Doc. 6.)

1

**II.    CONCLUSION**

IT IS, THEREFORE, ORDERED that:

1.     Plaintiff's Motion to Correct (Doc. 7) is GRANTED.

2.     The Clerk is directed to STRIKE the IFP Application (Doc. 4) and Amended Complaint (Doc. 5) from this lawsuit, open a new habeas action, and file those documents in that new habeas action as a habeas petition and an IFP application.

3.     If Plaintiff wishes to proceed with this § 1983 action, he must pay the $402 filing fee to the Clerk **on or before October 25, 2023**.   Failure to do so will result in a recommendation that this action be dismissed without prejudice.

DATED this 16th day of October 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

2