IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR McCOY**  PETITIONER

V.  NO. 4:23-CV-00982-JM-ERE

**LAFEYETTE WOODS, JR.,**  RESPONDENT
**SHERIFF, JEFFERSON COUNTY, ARKANSAS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE