# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR McCOY**                                **PETITIONER**

**V.**                **NO. 4:23-CV-00982-JM-ERE**

**LAFEYETTE WOODS, JR.,**                    **RESPONDENT**
**SHERIFF, JEFFERSON COUNTY, ARKANSAS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE